**SEALED**

 **FILED**

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

MAY 12 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BRANDY LYNN FOREMAN,<br><br>*Defendant.* | SEALED<br><br>Case No. **CR 21-168 RAW** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### RAPE SECOND DEGREE IN INDIAN COUNTRY
### [18 U.S.C. §§ 1151, 1152, & 13 and 21 O.S. §§ 1111(A)(8), 1114 & 1116]

From on or about June 6, 2018 to on or about April 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **BRANDY LYNN FOREMAN**, an Indian, who was 18 years of age or older and an employee of Central School System, engaged in sexual intercourse with A.B., a person who was at least 16 years of age and less than 20 years of age, and a student of the Central School System, in violation of Title 21, United States Code, Sections 1151, 1152, 13 and Title 21, Oklahoma Statutes, Sections 1111(A)(8), 1114 and 1116.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

_____
David C. Youll, OBA # 16553
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY